BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8956
    Facsimile: (415) 744-0134
    E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| KELLY A. MOORES,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-02243-EFB<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 7 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 7 days to respond to Plaintiff's motion for summary judgment. This is the second continuance sought by Defendant. The current due date is May 15, 2015. The new due date will be May 22, 2015.

    There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's continuing heavy workload in the last month after a multi-day hearing for an Equal Employment Opportunity Commission (EEOC) that occurred in April 2015. In addition, since then, in the last two weeks, Defendant was required to work on unanticipated matters that could not be assigned to another attorney which required immediate attention, including two other EEOC cases that involved developments in settlement negotiations that

Stipulation for an Extension of Time; 2:14-cv-02243-EFB     1

1  occurred this week.  Because of the factors described above, defense counsel is requesting
2  additional time up to fully review the administrative record and research the issues presented by
3  Plaintiff's motion for summary judgment.
4      The parties further stipulate that the Court's Scheduling Order shall be modified
5  accordingly.

                                          Respectfully submitted,

Date: May 15, 2015                 LAW OFFICES OF BARBARA ARNOLD

                                          *s/ Barbara Arnold by C. Chen\**
                                          (As authorized by e-mail on 5/15/2015)
                                          BARBARA ARNOLD
                                          Attorneys for Plaintiff

Date: May 15, 2015                 BENJAMIN B. WAGNER
                                          United States Attorney

                                          By *s/ Carolyn B. Chen*
                                          CAROLYN B. CHEN
                                          Special Assistant U. S. Attorney

                                          Attorneys for Defendant

                                                <u>ORDER</u>

APPROVED AND SO ORDERED.

DATED:  May 18, 2015.

                                         /s/ Edmund F. Brennan
                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE