1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    KELLY A. MOORES,                          No.  2:14-cv-2243-EFB

11            Plaintiff,

12        v.

13    NANCY A. BERRYHILL, Acting
      Commissioner of Social Security,
14
              Defendant.
15

16    KELLY A. MOORES,                          No.  2:17-cv-2334-AC

17            Plaintiff,

18        v.                                    <u>RELATED CASE ORDER</u>

19    NANCY A. BERRYHILL, Acting
      Commissioner of Social Security,
20
              Defendant.
21

22        Examination of the above-entitled actions reveals that the actions are related within the

23    meaning of E.D. Cal. Local Rule 123.  The actions arise out of the same transaction or series of

24    transactions, involve the same parties, and would therefore entail a substantial duplication of

25    labor if heard by different judges.  Accordingly, the assignment of the matters to the same judge

26    is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the

27    parties.

28
                                               1

1    The parties should be aware that relating the cases under Local Rules 123 merely has the

2    result that both actions are assigned to the same judge; no consolidation of the actions is effected.

3    Under the regular practice of this court, related cases are generally assigned to the judge to whom

4    the first filed action was assigned.

5    IT IS THEREFORE ORDERED that the action denominated 2:17-cv-2334-AC be, and

6    the same hereby is, reassigned to the undersigned for all further proceedings.  Henceforth the

7    caption on all documents filed in the reassigned case shall be shown as 2:17-cv-2334-EFB

8    IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in

9    the assignment of civil cases to compensate for this reassignment.

10   DATED:  November 16, 2017.

11                                         _____
                                           EDMUND F. BRENNAN
12                                         UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28